UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POW NEVADA, LLC, | CASE NO. C17-1649RSM |
| Plaintiff, | ORDER GRANTING LEAVE TO AMEND AND PROCEED |
| v. | |
| DOE 1, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Ex Parte Motion for Leave to Amend Complaint and Proceed with Case. Dkt. #27. Plaintiff was previously granted leave to conduct expedited discovery (Dkt. #26) and served a subpoena on an Internet Service Provider ("ISP") to obtain the subscriber information related to an Internet Protocol address allegedly used by Doe 1 to infringe on Plaintiff's copyright. Plaintiff has learned the name of the subscriber and seeks leave to file and attempt service of an amended complaint and to thereafter proceed with the case. Plaintiff's Motion (Dkt. #27) is hereby GRANTED and Plaintiff is hereby authorized to disclose the subscriber information provided by the ISP (as is required to file and serve the amended complaint) and thereafter communicate with the defendant as permitted under the rules.

DATED this 30 day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1