# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

POW NEVADA, LLC,

    Plaintiff,

v.

ANNETTE CONNERY,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. C17-1649 RSM

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Plaintiff's Motion for Default Judgment against Annette Connery (Doe 1) (Dkt. #36) is GRANTED IN PART. Defendant is hereby permanently enjoined from directly, indirectly, or contributorily infringing Plaintiff's exclusive rights in the motion picture film *Revolt*, including without limitation by using the Internet to reproduce or copy *Revolt*, to distribute *Revolt*, or to make *Revolt* available for distribution to the public, except pursuant to lawful written license or with the express authority of Plaintiff. To the extent any such material exists, Defendant is directed to destroy all unauthorized copies of *Revolt* in her possession or subject to her control. Defendant Annette Connery is individually liable for statutory damages in the amount of $750.00, attorneys' fees in the amount of $750.00, and costs in the amount of $525.00.

Dated this 17th day of August 2018.

                                              WILLIAM M. MCCOOL
                                              Clerk

                                              /s/ Paula McNabb
                                              Deputy Clerk